John CORDERO, Plaintiff–Appellant,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, Defendant–Appellee.

No. 01–7463.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 9, 2001.

Decided Nov. 26, 2001.

John Cordero, pro se.

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

John Cordero appeals from the district court's order denying his motion filed under Fed.R.Civ.P. 60(b), in which he sought to challenge certain orders in his criminal case. We have reviewed the record and the district court's opinion accepting the

S.Ct. 1999, 29 L.Ed.2d 619 (1971).

recommendation of the magistrate judge and find no reversible error. *Cordero v. United States Dist. Court,* No. CA–01–2368–3–17–BD (D.S.C. July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*